UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRACY ANDERSON, | ) | |
| | ) | **Acknowledged** |
| Plaintiff, | ) | TWP |
| | ) | September 6, 2022 |
| v. | ) | |
| | ) | |
| DSG INDIANA, LLC and THE | ) | Case No. 1:21-cv-02028-TWP-MJD |
| DUFRESNE SPENCER GROUP d/b/a | ) | |
| ASHLEY HOMESTORES, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Tracy Anderson, by counsel, and Defendants, DSG Indiana, LLC, and The Dufresne Spencer Group d/b/a Ashley Homestores, LTD., by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| HENN HAWORTH CUMMINGS & PAGE | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| By: s/ Paul J. Cummings (with permission) | By: s/ Kevin Roberts |
| Paul J. Cummings, Attorney No. 22713-41 | Kevin Roberts, Attorney No. 33822-49 |
| 1634 W. Smith Valley Road, Suite B | 300 N. Meridian Street, Suite 2700 |
| Greenwood, IN 46142 | Indianapolis, IN 46204 |
| Telephone: (317) 885-0041 | Telephone: (317) 916-1300 |
| Email: paul.cummings@HHCFirm.com | Facsimile: (317) 916-9076 |
| | Email: kevin.roberts@ogletree.com |
| Attorney for Plaintiff | |
| | Attorney for Defendants |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      Paul J. Cummings
*paul.cummings@HHCFirm.com*

      *s/ Kevin Roberts*
Kevin Roberts

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile:  (317) 916-9076
*kevin.roberts@ogletree.com*